PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: William James Brown

Cr.: 12-00238-001
PACTS #: 63630

Name of Sentencing Judicial Officer: THE HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE

Name of Reassigned Judicial Officer: THE HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/06/2012

Original Offense:   Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343]
Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h) [18 U.S.C. § 1957]

Original Sentence: 66 months imprisonment, 36 months supervised release

Special   Conditions:   $9,252,575.74   in   Restitution,   No   New   Debt/Credit,   Employment Requirements/Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/25/2017

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Brown has paid $10,921.38 towards his restitution. The offender's supervision is due to expire on July 24, 2020, with an outstanding restitution balance of $8,962,170.33. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613

Prob 12A – page 2
William James Brown

Respectfully submitted,

*Elisa Martinez/km*

By:  Elisa Martinez
        Supervising U.S. Probation Officer
Date:  04/20/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on July 24, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Noel L. Hillman, USDJ

_____
Signature of Judicial Officer

4/24/2020

_____
Date